IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01627-BNB

RONALD L. FUGETT,

    Applicant,

v.

DAVID L. MICHAUD, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Ronald L. Fugett initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 6, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Fugett to file an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he is challenging the validity, and not the execution, of his sentence. On September 20, 2007, Mr. Fugett filed on the proper form an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 24, 2007, Magistrate Judge Boland ordered Mr. Fugett to show cause why the amended application should not be denied for failure to exhaust state court remedies. Mr. Fugett was warned that the action would be dismissed without further notice if he failed to show cause within thirty days.

Mr. Fugett has failed to show cause why the amended application should not be denied and he has failed to respond in any way to Magistrate Judge Boland's September 24 order. Therefore, the amended application will be denied and the action

will be dismissed without prejudice for failure to exhaust state court remedies. Accordingly, it is

ORDERED that the habeas corpus application and the amended application are denied and the action is dismissed without prejudice for failure to exhaust state court remedies.

DATED at Denver, Colorado, this 1 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01627-BNB

Ronald L. Fugett
Prisoner No. 62254
CMRC
2935 E. Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  NOV. 2, 2007

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk